**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Sunil**<br>First name<br><br>**K.**<br>Middle name<br><br>**Vethody**<br>Last name and Suffix (Sr., Jr., II, III) | **Bindu**<br>First name<br><br>**B.**<br>Middle name<br><br>**Vethody**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | **Bindu Baburajan Vethody** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8871 | xxx-xx-0387 |

Case: 21-51291     Doc# 1   Filed: 10/11/21     Entered: 10/11/21 17:22:56     Page 1 of 85

Debtor 1 **Sunil K. Vethody**
Debtor 2 **Bindu B. Vethody**

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

☑ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

**5.** **Where you live**

**2172 Wood Hollow Court**
**San Jose, CA 95138-2453**
Number, Street, City, State & ZIP Code

**Santa Clara**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 2 of 85

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
☑ Yes.

| | District | California Northern Bankruptcy Court (San Jose) | When | 6/27/18 | Case number | 18-51436-SLJ |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| | Debtor | Institute of Medical Education, Inc. | | | Relationship to you | Business |
|---|---|---|---|---|---|---|
| | District | CA Northern BK Court (San Jose) | When | 04/06/2016 | Case number, if known | 16-51033 |
| | Debtor | | | | Relationship to you | |
| | District | | When | | Case number, if known | |

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 3 of 85

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor* as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ **No.** I am not filing under Chapter 11.

☑ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.** I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.**

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 4 of 85

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 5 of 85

**Part 6:**  **Answer These Questions for Reporting Purposes**

**16.** **What kind of debts do you have?**

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No. Go to line 16b.

        ☐ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No. Go to line 16c.

        ☑ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** **Are you filing under Chapter 7?**

    ☑ No.  I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☐ No

        ☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7:**  **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sunil K. Vethody**
Signature of Debtor 1

Executed on  10/07/2021
      MM / DD / YYYY

**Bindu B. Vethody**
Signature of Debtor 2

Executed on 10/07/2021
      MM / DD / YYYY

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 6 of 85

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____    Date    _10_/_11_/_2021_
Signature of Attorney for Debtor                      MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**          Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number & State

| | | | |
|---|---|---|---|
| Debtor 1 | **Sunil K. Vethody** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|
| **1** | What is the nature of the claim? | $61,675.55 |
| | 2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion | |
| **Access Business Loan** c/o Creditors Adjustment Bureau Attn: Brian L. Mitteldorf 14226 Ventura Blvd. Sherman Oaks, CA 91423 | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply | |
| | Does the creditor have a lien on your property? ☐ No ■ Yes. Total claim (secured and unsecured) | $61,675.55 |
| Contact | Value of security: | - $2,220,000.00 |
| Contact phone | Unsecured claim | $61,675.55 |
| **2**  **American Express National Bank** c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | What is the nature of the claim?   Credit Card | $34,426.23 |
| | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | |

B104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:      -

Contact phone      Unsecured claim

---

| 3 | | | | |
|---|---|---|---|---|
| | **American Express National Bank** | What is the nature of the claim? | **Credit Card** | **$7,465.18** |

**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:      -

Contact phone      Unsecured claim

---

| 4 | | | | |
|---|---|---|---|---|
| | | What is the nature of the claim? | **2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion** | **$3,587,162.40** |

**Arthur Chen**
**2328 Centerwood Ct.**
**San Jose, CA 95148**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)      **$3,587,162.40**

Contact

Value of security:      - **$2,220,000.00**

Contact phone      Unsecured claim      **$3,587,162.40**

---

| 5 | | | | |
|---|---|---|---|---|
| | | What is the nature of the claim? | **2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion** | **$79,168.94** |

**Bank of America**

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 21-51291     Doc# 1     Filed: 10/11/21     Entered: 10/11/21 17:22:56     Page 9 of 85

Case number *(if known)* _____

**4909 Savarese Circle**
**FI1-908-01-50**
**Tampa, FL 33634**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $79,168.94
  - Value of security:   - $2,220,000.00
  - Unsecured claim   $79,168.94

Contact _____

Contact phone _____

---

| **6** | **Barklreys Bank Delaware** | What is the nature of the claim? | **Credit Card** | **$7,875.88** |

**Attn: Correspondence**
**PO Box 8801**
**Wilmington, DE 19899**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

Contact _____

Contact phone _____

---

| **7** | **Discover Bank** | What is the nature of the claim? | **Credit Card** | **$11,242.30** |

**PO Box 3025**
**New Albany, OH 43054-3025**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

Contact _____

Contact phone _____

---

| **8** | | What is the nature of the claim? | **2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion** | **$35,812.58** |

**Employee Development**
**Department**
**PO Box 826203**
**Sacramento, CA 94230**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

| | | |
|---|---|---|
| ■ Yes. Total claim (secured and unsecured) | | $35,812.58 |
| | Value of security: | - $2,220,000.00 |
| | Unsecured claim | $35,812.58 |

Contact

Contact phone

---

**9**

What is the nature of the claim?     **2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**     **$115,966.44**

**Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

| | | |
|---|---|---|
| ■ Yes. Total claim (secured and unsecured) | | $115,966.44 |
| | Value of security: | - $2,220,000.00 |
Contact phone | | Unsecured claim | $115,966.44 |

---

**10**

What is the nature of the claim?     **2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**     **$74,974.25**

**Franchise Tax Board
Bankruptcy Section, MS: A-340
P O Box 2952
Sacramento, CA 95812-2952**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

| | | |
|---|---|---|
| ■ Yes. Total claim (secured and unsecured) | | $74,974.25 |
| | Value of security: | - $2,220,000.00 |
Contact phone | | Unsecured claim | $74,974.25 |

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 11 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | What is the nature of the claim? | unpaid taxes | $92,526.29 |

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

| 12 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | What is the nature of the claim? | unpaid taxes | $143,000.46 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

| 13 | | What is the nature of the claim? | 2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County<br>Debtors' principal residence.<br>Value based on a broker's price opinion | $368,603.98 |

IRS
P.O. Box 7346
Philadelphia, PA 19101

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)   $446,527.95
    Value of security:    -  $2,220,000.00
    Unsecured claim       $368,603.98

Contact

Contact phone

---

| 14 | | What is the nature of the claim? | 2172 Wood Hollow Court San Jose, CA 95138  Santa Clara | $90,963.36 |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**County**
**Debtors' principal**
**residence.**
**Value based on a**
**broker's price opinion** _____

**IRS**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No

Contact _____

- ☑ Yes. Total claim (secured and unsecured)    **$90,963.36**
  - Value of security:    - **$2,220,000.00**

Contact phone _____

  - Unsecured claim    **$90,963.36**

---

**15**

**What is the nature of the claim?**    **2172 Wood Hollow**    **$9,076.00**
**Court San Jose, CA**
**95138 Santa Clara**
**County**
**Debtors' principal**
**residence.**
**Value based on a**
**broker's price opinion** _____

**Jose Ayala**
**4145 Hiquera Road**
**San Jose, CA 95148**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No

Contact _____

- ☑ Yes. Total claim (secured and unsecured)    **$9,076.00**
  - Value of security:    - **$2,220,000.00**

Contact phone _____

  - Unsecured claim    **$9,076.00**

---

**16**

**What is the nature of the claim?**    **2172 Wood Hollow**    **$26,092.08**
**Court San Jose, CA**
**95138 Santa Clara**
**County**
**Debtors' principal**
**residence.**
**Value based on a**
**broker's price opinion** _____

**Patterson Dental Supply Inc.**
**c/o Commercial Collectors, Inc.**
**PO Box 337**
**Montrose, MN 55363**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Does the creditor have a lien on your property?**

☐ No

☑ Yes. Total claim (secured and unsecured)  **$26,092.08**
- Value of security: **$2,220,000.00**
- Unsecured claim: **$26,092.08**

Contact

Contact phone

---

**17**

**Wells Fargo Bank, N.A.**
**PO Box 94435**
**Albuquerque, NM 87199**

**What is the nature of the claim?**  **Credit Card or Line of Credit**  **$26,656.00**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**18**

**Wells Fargo Bank, N.A.**
**Attn: Pete Nemececk**
**1620 E. Roseville Pkwy, Fl, 01, 100**
**Roseville, CA 95661**

**What is the nature of the claim?**  **Guaranty**  **$1,197,277.11**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**19**

**Wells Fargo Bank, N.A.**
**Attn: Pete Nemececk**
**1620 E. Roseville Pkwy, Fl, 01, 100**
**Roseville, CA 95661**

**What is the nature of the claim?**  **Guaranty**  **$331,993.11**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Sunil K. Vethody |
| Debtor 2 | Bindu B. Vethody |

Case number *(if known)*

**20**

**Wells Fargo Merchant Services, LLC**
c/o Herzlich & Blum, LLP
15760 Ventura Blvd., #2024
Encino, CA 91436

What is the nature of the claim?    **unsecured business debt for Institute of Medical Education**    **$31,535.31**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____
**Sunil K. Vethody**
Signature of Debtor 1

Date    10/07/2021

X _____
**Bindu B. Vethody**
Signature of Debtor 2

Date    10/07/2021

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 8

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 15 of 85

Fill in this information to identify your case:

| Debtor 1 | **Sunil K. Vethody** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $ 2,220,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ 5,825.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ 2,225,825.00 |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 6,669,495.58 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................................... | $ 92,526.29 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................................... | $ 1,802,559.33 |
| | **Your total liabilities** | $ 8,564,581.20 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $ 28,379.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................... | $ 20,356.00 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Fill in this information to identify your case and this filing:

| Debtor 1 | **Sunil K. Vethody** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**2172 Wood Hollow Court**
Street address, if available, or other description

**San Jose         CA    95138-0000**
City                State    ZIP Code

**Santa Clara**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtors' principal residence.**
**Value based on a broker's price opinion**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,220,000.00** | **$2,220,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100 % in fee simple**

■ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| |
|---|
| **$2,220,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>    | **$0.00** |

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| |
| --- |
| **Living room - 2 couches, 2 end tables, 3 lamps, 1 rug, coffee table** |
| **Dining room - 1 dining table with 8 chairs; 1 cabinet** |
| **Family room - 1 couch, end table, 1 coffee table, a rug; a table with** |
| **six chairs, a cabinet** |
| **Bedroom #1 - a bed, 3 chairs, 1 end table,  1 rug** |
| **Bedroom #2 - 1 bunk bed, a desk** |
| **Bedroom #3 - a desk** |
| **Office - a desk** |
| **Bedroom #4 - a bed** |
| **Bedroom #5 - a bed** |
| **Kitchen - plates, glasses, cookig pots, silverware** |
| **Miscellaneous accessories** |

$2,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| |
| --- |
| **Electronics - 3 TV 's at $25 each** |
| **phone - $10** |
| **printer - $15** |
| **Computer - $25** |
| **Computer - $25** |
| **Location: 2172 Wood Hollow Court, San Jose CA 95138** |

$150.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 19 of 85

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Clothes and Shoes | $1,075.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| 1 ring $150, 3 chains $ 200, 2 bracelets $50, 1 ring $50, 1 chain $75, 2 bangles $50, 1 bangle, $25,<br>Location: 2172 Wood Hollow Court, San Jose CA 95138 | $600.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $3,825.00 |
|---|

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes...................................................................................................

Cash | $500.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 20 of 85

| | 17.1. | DIP Checking account ending n 7693 | **Bank of the West** | $1,500.00 |

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them....................
         Name of entity:             % of ownership:

| Name of entity | % of ownership | | |
|---|---|---|---|
| **Maximus Consulting, LLC - engineering consulting services. Debtor has a 100% interest in the business. The business does not have any assets or liabilities** | **100%** | **%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
         Type of account:      Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 21 of 85

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Minnesota Life Insurance Company**<br>**Policy ending in 951W**<br>**Death benefit value is $2Million**<br>**Insured is Sunil Vethody**<br>**Term Policy** | **80% - spouse; 10% -**<br>**Child 1; 10% - Child 2** | $0.00 |
| **State Farm Insurance Companies**<br>**Policy ending in 6422-02**<br>**20-year term policy**<br>**Insured: Bindu Vethody**<br>**Term Policy** | **spouse** | $0.00 |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................... | **$2,000.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........................................................... | | **$2,220,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$3,825.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$2,000.00** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. **Total personal property. Add lines 56 through 61...** | **$5,825.00** | Copy personal property total | **$5,825.00** |
| 63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$2,225,825.00** |

| Fill in this information to identify your case: |

| Debtor 1 | **Sunil K. Vethody** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**<br>Line from *Schedule A/B*: **1.1** | $2,220,000.00 | ☑               $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Living room - 2 couches, 2 end tables, 3 lamps, 1 rug, coffee table Dining room - 1 dining table with 8 chairs; 1 cabinet Family room - 1 couch, end table, 1 coffee table, a rug; a table with six chairs, a cabinet Bedroom #1 - a bed, 3 chairs, 1 end tab**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ☑               $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Electronics - 3 TV 's at $25 each phone - $10 printer - $15 Computer - $25 Computer - $25 Location: 2172 Wood Hollow Court, San Jose CA 95138**<br>Line from *Schedule A/B*: **7.1** | $150.00 | ☑               $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothes and Shoes**<br>Line from *Schedule A/B*: **11.1** | $1,075.00 | ■       $1,075.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **1 ring $150, 3 chains $ 200, 2 bracelets $50, 1 ring $50, 1 chain $75, 2 bangles $50, 1 bangle, $25,**<br>**Location: 2172 Wood Hollow Court, San Jose CA 95138**<br>Line from *Schedule A/B*: **12.1** | $600.00 | ■        $600.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐   No

   ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■   No

        ☐   Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Sunil K. Vethody**
     First Name        Middle Name        Last Name

Debtor 2    **Bindu B. Vethody**
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

| | | |
|---|---|---|
| **2.1**   **Access Business Loan**<br>Creditor's Name<br><br><br>**c/o Creditors Adjustment<br>Bureau<br>Attn: Brian L. Mitteldorf<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:    **$61,675.55**    **$2,220,000.00**    **$61,675.55**<br><br>**2172 Wood Hollow Court San Jose,<br>CA 95138   Santa Clara County<br>Debtors' principal residence.<br>Value based on a broker's price<br>opinion**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim relates to a
community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **2/14/2014**      Last 4 digits of account number   **0518**

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 26 of 85

| 2.2 | **Arthur Chen** | Describe the property that secures the claim: | $3,587,162.40 | $2,220,000.00 | $3,587,162.40 |
| | Creditor's Name | | | | |

**2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**2328 Centerwood Ct. San Jose, CA 95148**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/31/2012**     Last 4 digits of account number   **0833**

| 2.3 | **Bank of America** | Describe the property that secures the claim: | $79,168.94 | $2,220,000.00 | $79,168.94 |
| | Creditor's Name | | | | |

**2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**4909 Savarese Circle FI1-908-01-50 Tampa, FL 33634**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **7/11/2017**     Last 4 digits of account number   **4956**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 27 of 85

| Debtor 1 | **Sunil K. Vethody** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Bindu B. Vethody** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **County of Stata Clara Tax & Collections** | Describe the property that secures the claim: | $33,197.00 | $2,220,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**70 West Hedding Street East Wing, 6th Fl. San Jose, CA 95110**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property Taxes**

Date debt was incurred   **2004**          Last 4 digits of account number   **2033**

| 2.5 | **Deutsche Bank National Trust Co.** | Describe the property that secures the claim: | $1,703,835.65 | $2,220,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**c/o Select Portfolio Servicing, Inc PO Box 65250 Salt Lake City, UT 84165-0250**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **1st Trust Deed**

Date debt was incurred   **12/9/2004**          Last 4 digits of account number   **7432**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 28 of 85

| Debtor 1 | **Sunil K. Vethody** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Bindu B. Vethody** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.6 | **Employee Development Department** | | | | Describe the property that secures the claim: | $35,812.58 | $2,220,000.00 | $35,812.58 |

Creditor's Name

> **2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**PO Box 826203
Sacramento, CA 94230**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Notice of Tax Lien

**Date debt was incurred** 5/28/2015          **Last 4 digits of account number** 7713

---

| 2.7 | **Franchise Tax Board** | | | | Describe the property that secures the claim: | $212,627.94 | $2,220,000.00 | $0.00 |

Creditor's Name

> **2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**Bankrutpcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **State Tax Lien**

**Date debt was incurred** 10/14/2011          **Last 4 digits of account number** 8871

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 29 of 85

| Debtor 1 | **Sunil K. Vethody** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Bindu B. Vethody** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.8 | **Franchise Tax Board** | | **$74,974.25** | **$2,220,000.00** | **$74,974.25** |
|---|---|---|---|---|---|

Creditor's Name

**Bankruptcy Section, MS: A-340**
**P O Box 2952**
**Sacramento, CA**
**95812-2952**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax Lien

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred    22084866      Last 4 digits of account number    2013

---

| 2.9 | **Franchise Tax Board** | | **$115,966.44** | **$2,220,000.00** | **$115,966.44** |
|---|---|---|---|---|---|

Creditor's Name

**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA**
**95812-2952**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax lien for 2011 year

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred    5/16/2012      Last 4 digits of account number    0620

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Sunil K. Vethody** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Bindu B. Vethody** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 0 | **IRS** | Describe the property that secures the claim: | $446,527.95 | $2,220,000.00 | $368,603.98 |
|---|---|---|---|---|---|

**IRS**

Creditor's Name

Describe the property that secures the claim:

**2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

P.O. Box 7346
Philadelphia, PA 19101

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax lien for 2009 and 2010 tax year

Date debt was incurred   **12/31/2012**       Last 4 digits of account number   **9628**

| 2.1 1 | **IRS** | Describe the property that secures the claim: | $90,963.36 | $2,220,000.00 | $90,963.36 |
|---|---|---|---|---|---|

**IRS**

Creditor's Name

Describe the property that secures the claim:

**2172 Wood Hollow Court San Jose, CA 95138 Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

P.O. Box 7346
Philadelphia, PA 19101

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Tax Lien**

Date debt was incurred   **4/9/2015**       Last 4 digits of account number   **1276**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Sunil K. Vethody** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Bindu B. Vethody** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1<br>2 | **Jose Ayala** | | | **$9,076.00** | **$2,220,000.00** | **$9,076.00** |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | |

**Describe the property that secures the claim:**

> 2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion

**4145 Hiquera Road**
**San Jose, CA 95148**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ **Check if this claim relates to a**
**community debt**

☐ Other (including a right to offset)   1-15-SC-061485

**Date debt was incurred**  **10/31/2017**       **Last 4 digits of account number**   **9804**

---

| 2.1<br>3 | **Nioka Dailey** | | | **$6,427.44** | **$2,220,000.00** | **$0.00** |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | |

**Describe the property that secures the claim:**

> 2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion

**c/o Varlack Legal**
**Services**
**225 W. Winton Avenue,**
**Ste 207**
**Hayward, CA 94544**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ **Check if this claim relates to a**
**community debt**

■ Other (including a right to offset)   Lis Pendens Recording #21571290

**Date debt was incurred**  **3/9/2012**       **Last 4 digits of account number**   **5701**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 2.14 | **Patterson Dental Supply Inc.** | | $26,092.08 | $2,220,000.00 | $26,092.08 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**c/o Commercial Collectors, Inc.**
**PO Box 337**
**Montrose, MN 55363**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **8/12/2014**         Last 4 digits of account number  **6393**

---

| 2.15 | **Wells Fargo Bank, N.A.** | | $185,988.00 | $2,220,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2172 Wood Hollow Court San Jose, CA 95138  Santa Clara County Debtors' principal residence. Value based on a broker's price opinion**

**Default Document Processing**
**1000 Blue Gentian Road**
**N9286-01Y**
**Saint Paul, MN**
**55121-7700**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Home Equity Line of Credit**

Date debt was incurred  **6/7/2005**         Last 4 digits of account number  **5793**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  | **$6,669,495.58** |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  | **$6,669,495.58** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

[ ]    Name, Number, Street, City, State & Zip Code
**Alejandro Loquillano, Jr.**
**c/o Parr Law Group**
**1625 The Alameda, Ste. 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Arthur Chen**
**c/o GCA Law Partners LLP**
**Attn: Kathryn C. Curry**
**Mountain View, CA 94040**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Arthur Chen**
**c/o Shawn R. Parr, Esq.**
**1625 Alameda, Ste. 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Bank of America**
**c/o Law Offices of Harris & Zide**
**1445 Huntington Dr. #300**
**South Pasadena, CA 91030**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Creditors Adjustment Bureau Inc.**
**PO Box 5932**
**Sherman Oaks, CA 91413**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Cynthia Donovan**
**c/o Parr Law Group**
**Attn: Shawn R. Parr**
**1625 The Alameda, Suite 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Eduardo Espinoza**
**38730 Lexington St. Apt. 278**
**Fremont, CA 94536**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Eduardo Espinoza, Jr.**
**c/o Parr Law Group**
**1625 The Alameda, Ste. 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Lisa Saminathen**
**411 Lewis Rd. Spc #366**
**San Jose, CA 95111**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 34 of 85

| Debtor 1 | **Sunil K. Vethody** | | | Case number *(if known)* | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Bindu B. Vethody** | | | | |
| | First Name | Middle Name | Last Name | | |

[ ]    Name, Number, Street, City, State & Zip Code
**Lisa Saminathen**
**c/o Parr Law Group**
**1625 The Alameda, Ste. 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   __**2.2**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Lynnett Reyes**
**c/o Parr Law Group**
**1625 The Alameda, Ste. 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   __**2.2**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Minh Duc Do**
**c/o Parr Law Group**
**1625 The Alameda, Ste. 900**
**San Jose, CA 95126**

On which line in Part 1 did you enter the creditor?   __**2.2**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Nioka Dailey**
**1735 Homegate Dr.**
**San Jose, CA 95148**

On which line in Part 1 did you enter the creditor?   __**2.13**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code
**Patterson Dental**
**Attn: Current Officer**
**1031 Mendota Heights Road**
**Saint Paul, MN 55120-1401**

On which line in Part 1 did you enter the creditor?   __**2.14**__

Last 4 digits of account number ___

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 10 of 10

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Sunil K. Vethody** | |
| | First Name Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | |
| (Spouse if, filing) | First Name Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number **8871** | **$92,526.29** | **$50,474.17** | **$42,052.12** |
| | Priority Creditor's Name | | | | |
| | **PO Box 7346** | When was the debt incurred? _____ | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                    **unpaid taxes**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 36 of 85

---

| 4.1 | **American Express National Bank** | Last 4 digits of account number | 3004 | | **$7,465.18** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

When was the debt incurred?  **1994**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.2 | **American Express National Bank** | Last 4 digits of account number | 3002 | | **$34,426.23** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

When was the debt incurred?  **2012**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.3 | **Barkleys Bank Delaware** | Last 4 digits of account number | 6425 | | **$7,875.88** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Correspondence**
**PO Box 8801**
**Wilmington, DE 19899**

When was the debt incurred?  **06/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Credit Card**

---

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 37 of 85

| 4.4 | **BMW Bank of North America** | Last 4 digits of account number | 5658 | | $2,939.76 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 23356**
**Pittsburgh, PA 15222**

Number Street City State Zip Code

When was the debt incurred?   2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.5 | **BMW Financial Services, NA, LLC** | Last 4 digits of account number | 8929 | | $1,714.79 |

Nonpriority Creditor's Name

**4515 N. Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

Number Street City State Zip Code

When was the debt incurred?   2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficiency balance**

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 38 of 85

| 4.6 | **Calderon** | | Last 4 digits of account number | **6850** | | | $0.00 |

Nonpriority Creditor's Name

c/o Jeffrey D. Janoff
**Bostwick & Janoff**
**114 W. Saint John St. Ste. 304**
**San Jose, CA 95113-1104**
Number Street City State Zip Code

**When was the debt incurred?**  **2003**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Calderon v. Miranda, Santa Clara County Superior Court case #1-03-CV-816850. Joint Debtor was a cross defendant, listed as Notice Only. On information and belief, claim settled pre-petition via auto insurance carrier**

■ Other. Specify

---

| 4.7 | **Capital One** | | Last 4 digits of account number | **2874** | | | $614.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**  **2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 39 of 85

| 4.8 | **David S. Henshaw** | Last 4 digits of account number | **n/a** | **$0.00** |

Nonpriority Creditor's Name
**c/o Henshaw Law Offices**
**1871 The Alameda #333**
**San Jose, CA 95126**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

---

| 4.9 | **Directv, LLC** | Last 4 digits of account number | **1598** | **$138.20** |

Nonpriority Creditor's Name
**by American Info Source as agent**
**4515 N. Santa Fe Avenue**
**Oklahoma City, OK 73118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **services**

---

| 4.10 | **Discover Bank** | Last 4 digits of account number | **5327** | **$11,242.30** |

Nonpriority Creditor's Name
**PO Box 3025**
**New Albany, OH 43054-3025**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 40 of 85

| 4.1 1 | **Ericka Hernandez** | Last 4 digits of account number | **n/a** | $0.00 |

Nonpriority Creditor's Name
**GCA Law Partners LLP**
**c/o Kathryn Curry**
**2570 W. El Camino Real Ste. 510**
**Mountain View, CA 94040**
Number Street City State Zip Code

When was the debt incurred? **2016**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

| 4.1 2 | **First Data** | Last 4 digits of account number | **5327** | $1,681.00 |

Nonpriority Creditor's Name
**5565 Glenridge Connector Ste 2000**
**Atlanta, GA 30342**
Number Street City State Zip Code

When was the debt incurred? **1999**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease**

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 41 of 85

| 4.1 3 | **Ghazaleh B. Torun** | Last 4 digits of account number | 1324 | | **Unknown** |

**Ghazaleh B. Torun**
Nonpriority Creditor's Name
c/o Peter Lindstrom
20 S. Santa Crux Avenue, #300
Los Gatos, CA 95030
Number Street City State Zip Code

Last 4 digits of account number **1324**

When was the debt incurred? **08/29/2012**

**Unknown**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

---

| 4.1 4 | **Internal Revenue Service** | Last 4 digits of account number | 8871 | | **$143,000.46** |

**Internal Revenue Service**
Nonpriority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

Last 4 digits of account number **8871**

When was the debt incurred? **2010 -2011**

**$143,000.46**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **unpaid taxes**

---

| 4.1 5 | **Ivo Dukanovic & Zoric Dukanovic** | Last 4 digits of account number | 8150 | | **Unknown** |

**Ivo Dukanovic & Zoric Dukanovic**
Nonpriority Creditor's Name
c/o Jesse W. Jack, Esq.
2269 Dry Creek Rd.
San Jose, CA 95124
Number Street City State Zip Code

Last 4 digits of account number **8150**

When was the debt incurred? **2019**

**Unknown**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Pending lawsuit Case # 19CV358150**

---

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 42 of 85

| 4.1 6 | **Jonathan Louie** | | | | **$0.00** |

Nonpriority Creditor's Name

**c/o Ribera Law Firm, APC**
**157 West Portal Avenue #2**
**San Francisco, CA 94127-1345**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1033**

When was the debt incurred?  **2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

---

| 4.1 7 | **Kathryn C. Curry** | | | | **$0.00** |

Nonpriority Creditor's Name

**c/o GCA Law Partners LLP**
**Attn: Kathryn C. Curry**
**2570 W. El Camino Real, Ste 510**
**Mountain View, CA 94040-1315**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1033**

When was the debt incurred?  **2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 43 of 85

| 4.1 8 | **Kimberlee Gonzales** | Last 4 digits of account number | **9838** | $0.00 |

Nonpriority Creditor's Name

**c/o Sheri Kelly**
**Law Offie of Sheri L. Kelly**
**31 E. Julian Street**
**San Jose, CA 95112**

When was the debt incurred?  **3/1/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

---

| 4.1 9 | **Maria Obis** | Last 4 digits of account number | **8974** | $0.00 |

Nonpriority Creditor's Name

**c/o John Fallat**
**Law Offices of John Fallat**
**68 Mitchell Blvd., Ste 135**
**San Rafael, CA 94903**

When was the debt incurred?  **2/17/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditor for Institute of Medical Education (BK Case No.: 16-51033); included as a precaution and for notification purposes**

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 44 of 85

---

**4.20**

**Matthew Mellon, Esq.**
Nonpriority Creditor's Name
**Mellon Law Firm**
**One Embarcadero Center, 5th Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business debt - Listed as a precaution**

**$0.00**

---

**4.21**

**Palto Alto Medical Foundation**
Nonpriority Creditor's Name
**PO Box 278420**
**Sacramento, CA 95827**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **3/1/2012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Cancelled insurance**

**$4,000.00**

---

**4.22**

**R. Arias**
Nonpriority Creditor's Name
**29225 Vagabond Lane**
**Hayward, CA 94544**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **2803**

When was the debt incurred? **2013**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **small claims court case**

**Unknown**

---

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 45 of 85

| 4.2<br>3 | **S. Yamagucci** | Last 4 digits of account number   **n/a** | **$0.00** |

Nonpriority Creditor's Name

**830 Stewart Dr.**

**Sunnyvale, CA 94085**

Number Street City State Zip Code

When was the debt incurred?   **2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only - small claims #2-12-SC-008874**

---

| 4.2<br>4 | **State of California Labor Commission** | Last 4 digits of account number   **n/a** | **Unknown** |

Nonpriority Creditor's Name

**100 Paseo De San Antonio #120**

**San Jose, CA 95113**

Number Street City State Zip Code

When was the debt incurred?   **6/30/2019**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Labor claim**

---

| 4.2<br>5 | **Wells Fargo Bank, N.A.** | Last 4 digits of account number   **4867** | **$1,197,277.11** |

Nonpriority Creditor's Name

**Attn: Pete Nemecek**

**1620 E. Roseville Pkwy, Fl, 01, 100**

**Roseville, CA 95661**

Number Street City State Zip Code

When was the debt incurred?   **9/2010**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty**

---

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 46 of 85

| 4.2 6 | **Wells Fargo Bank, N.A.** | Last 4 digits of account number | **4826** | **$331,993.11** |

Nonpriority Creditor's Name
**Attn: Pete Nemececk**
**1620 E. Roseville Pkwy, Fl, 01, 100**
**Roseville, CA 95661**
Number Street City State Zip Code

When was the debt incurred?  **9/2010**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty**

---

| 4.2 7 | **Wells Fargo Bank, N.A.** | Last 4 digits of account number | **1355** | **$26,656.00** |

Nonpriority Creditor's Name
**PO Box 94435**
**Albuquerque, NM 87199**
Number Street City State Zip Code

When was the debt incurred?  **3/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card or Line of Credit**

---

| 4.2 8 | **Wells Fargo Merchant Services, LLC** | Last 4 digits of account number | **0391** | **$31,535.31** |

Nonpriority Creditor's Name
**c/o Herzlich & Blum, LLP**
**15760 Ventura Blvd., #2024**
**Encino, CA 91436**
Number Street City State Zip Code

When was the debt incurred?  **2/15/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **unsecured business debt for Institute of Medical Education**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kimberly Gonzales**<br>c/o Puzalan Law<br>600 Allerton Street, Suite 201<br>Redwood City, CA 94063-1575 | Line **4.18** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>    ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number _____ |
| **Portfolio Recovery Assoc.**<br>POB 41067<br>Norfolk, VA 23541 | Line **4.3** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>    ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number _____ |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 92,526.29 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 92,526.29 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,802,559.33 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,802,559.33 |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 48 of 85

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sunil K. Vethody** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City         State         ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City         State         ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City         State         ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City         State         ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City         State         ZIP Code | |

| Debtor 1 | **Sunil K. Vethody** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

  ☐ No
  ■ Yes.

  In which community state or territory did you live?     -NONE-     . Fill in the name and current address of that person.

  _____
  Name of your spouse, former spouse, or legal equivalent
  Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| **3.1** **Institute of Medical Education**<br>S. Yamagucci<br>2172 Wood Hollow<br>San Jose, CA 95138 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Access Business Loan** |
| **3.2** **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G ____<br>**Wells Fargo Merchant Services, LLC** |

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 50 of 85

| Additional Page to List More Codebtors |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Arthur Chen** |
| 3.4 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G ____<br>**American Express National Bank** |
| 3.5 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G ____<br>**Wells Fargo Bank, N.A.** |
| 3.6 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G ____<br>**Ghazaleh B. Torun** |
| 3.7 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G ____<br>**Jonathan Louie** |
| 3.8 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G ____<br>**Kathryn C. Curry** |
| 3.9 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G ____<br>**Kimberlee Gonzales** |
| 3.10 **Institute of Medical Education**<br>2172 Wood Hollow Court<br>San Jose, CA 95138 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G ____<br>**Maria Obis** |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 51 of 85

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.11   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**Matthew Mellon, Esq.**

---

3.12   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

☐ Schedule D, line _____
■ Schedule E/F, line __4.21__
☐ Schedule G _____
**Palto Alto Medical Foundation**

---

3.13   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

■ Schedule D, line __2.14__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Patterson Dental Supply Inc.**

---

3.14   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

☐ Schedule D, line _____
■ Schedule E/F, line __4.25__
☐ Schedule G _____
**Wells Fargo Bank, N.A.**

---

3.15   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

☐ Schedule D, line _____
■ Schedule E/F, line __4.26__
☐ Schedule G _____
**Wells Fargo Bank, N.A.**

---

3.16   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

■ Schedule D, line __2.6__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Employee Development Department**

---

3.17   **Institute of Medical Education**
**2172 Wood Hollow Court**
**San Jose, CA 95138**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**State of California Labor Commission**

---

3.18   **Institute of Medical Education**
**S. Yamagucci**
**2172 Wood Hollow**
**San Jose, CA 95138**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**David S. Henshaw**

---

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 52 of 85

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19    **Institute of Medical Education**<br>**2172 Wood Hollow Court**<br>**San Jose, CA 95138** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Calderon** |
| 3.20    **Institute of Medical Education**<br>**2172 Wood Hollow Court**<br>**San Jose, CA 95138** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Ericka Hernandez** |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 53 of 85

Fill in this information to identify your case:

Debtor 1 **Sunil K. Vethody**

Debtor 2 **Bindu B. Vethody**
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date: _____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | Consultant | |
| Employer's name | | Maximus Consulting LLC | |
| Employer's address | | 4848 San Felipe Road, #150-116<br>San Jose, CA 95135 | |
| How long employed there? | | 4 years | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 54 of 85

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** .................................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 28,379.00 | $ 0.00 |

8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |

8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |

8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. | $ 0.00 | $ 0.00 |

8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |

8h. **Other monthly income. Specify:** _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 28,379.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 28,379.00 | + $ 0.00 | = $ 28,379.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ | 11. | + $ 0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 28,379.00 |
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 55 of 85

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Sunil K. Vethody** |
| Debtor 2 (Spouse, if filing) | **Bindu B. Vethody** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**  ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ■ Yes |
| **Son** | **15** | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 10,658.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 2,766.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 287.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 250.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 1,083.00 |

Case: 21-51291     Doc# 1     Filed: 10/11/21     Entered: 10/11/21 17:22:56     Page 56 of 85

Debtor 1 **Sunil K. Vethody**

Debtor 2 **Bindu B. Vethody**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 337.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 150.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 85.00 |
| | 6d. Other. Specify: Pool | 6d. $ | 145.00 |
| | Gardening | $ | 275.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 200.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200.00 |
| 10. | **Personal care products and services** | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. $ | 784.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 886.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify:** | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 20,356.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 20,356.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 28,379.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 20,356.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 8,023.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. | Explain here: |

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 57 of 85

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Sunil K. Vethody** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____

**Sunil K. Vethody**
Signature of Debtor 1

Date    10/07/2021

X _____

**Bindu B. Vethody**
Signature of Debtor 2

Date    10/07/2021

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Sunil K. Vethody** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bindu B. Vethody** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:       Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

■   Married
☐   Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■   No
☐   Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐   No
■   Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2       Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$262,970.00** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ■ Operating a business | | ☐ Operating a business | |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 59 of 85

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $30,591.48 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $32,416.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| For the calendar year before that: (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $12,920.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $205,560.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | EDD | $28,000.00 | | |
| For last calendar year: (January 1 to December 31, 2020 ) | EDD | $40,014.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ **No.** Go to line 7.

☐ **Yes** List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.

☐ **Yes** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ **No**

☐ **Yes.** List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ **No**

☐ **Yes.** List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ **No**

■ **Yes.** Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Creditors Adjustment Bureau, Inc. v. Institute of Medical Education, et al.** **112CV227141** | **Breach of Contract** | **Superior Court of California County of Santa Clara** **191 N. First Street** **San Jose, CA 95113** | ☐ Pending ☐ On appeal ■ Concluded |
| **Cynthia Donovan v. Sunil Vethody, Bindu Vethody, Institute of Medical Education** **1-11-CV-205651** | **Negligent misrepresentation , fraud, violation of the CLRA, breach of contract, breach of the implied covenant of good faith and fair deadling, unjust enrichment, and negligence.** | **Superior Court of California County of Santa Clara** **191 N. 1st Street** **San Jose, CA 95113** | ☐ Pending ☐ On appeal ■ Concluded |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 61 of 85

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Nioka Dailey v. Institute of Medical Education, et al.<br>111CV205701 | Collections | Superior Court of California<br>County of Santa Clara<br>191 N. First Street<br>San Jose, CA 95113 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Ivo Dukanovic and Zorica Dukanovic v. Bindu Vethoday<br>19CV358150 | Breach of contract | Superior Court of California<br>County of Santa Clara<br>191 N. First Street<br>San Jose, CA 95113 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 62 of 85

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212**<br>**michael.berger@bankruptcypower.com**<br>**Maximus Consulting LLC (Debtor's business) as a gift contribution to the Debtors.** | **$15,000 retainer and $1,738 filing fee** | **5/5/2021 -**<br>**$7,500**<br>**8/31/2021 -**<br>**$7,500 +**<br>**$1,738 filing**<br>**fee** | **$16,738.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 63 of 85

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 64 of 85

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies. Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| All American Staffing, Inc.<br>4848 San Felipe Road, #150-632<br>San Jose, CA 95135 | staffing | EIN:      55-0827556<br><br>From-To    2003 - 2014 |
| Maximus Consulting LLC<br>4848 San Felipe Road, #150-116<br>San Jose, CA 95135 | staffing & business development consulting<br><br>Assam LLP | EIN:      82-1728127<br><br>From-To    May 2017 - present |
| Institute of Medical Education, Inc.<br>130 S. Almaden Blvd.<br>San Jose, CA 95113 | Vocational School<br><br>Stephen Wan Accountancy Corporation | EIN:      20-0192906<br><br>From-To    June 2004 - February 12, 2012<br>(declared chapter 7 bankruptcy) |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ☐ No
   ■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Assan KKO<br>848 Steward Drive #100<br>Sunnyvale, CA 94085 | 2018 |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 65 of 85

| Name | Date Issued |
|---|---|
| Address (Number, Street, City, State and ZIP Code) | |
| Stephen Wan Accountancy Corporation 2323 Noriega Drive #203 San Francisco, CA 94122 | 2005 |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Sunil K. Vethody
**Signature of Debtor 1**

Date   10/07/2021

Bindu B. Vethody
**Signature of Debtor 2**

Date   10/07/2021

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## Northern District of California

In re | Sunil K. Vethody
Bindu B. Vethody

Debtor(s)

Case No.

Chapter **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case, A RETAINER OF    $    **15,000.00**
   b) Prior to the filing of this statement, debtors have paid A RETAINER OF    $    **15,000.00**
   c) The unpaid balance due and payable is    $    **0.00**

3. $ **1,738.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtors to the undersigned was from **Maximus Consulting, LLC (Debtor's business) as a gift contribution to the Debtors. Maximus is not a creditor of the Debtors.**

6. The source of payments to be made by the debtors to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtors except the following for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: 10/11/2021

Respectfully submitted,

Attorney for Debtor: **Michael Jay Berger**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax (310) 271-9805**
**michael.berger@bankruptcypower.com**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Sunil K. Vethody** |
| Debtor 2 (Spouse, if filing) | **Bindu B. Vethody** |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

04/20

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:** Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you**. Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 34,233.33 | | |
| Ordinary and necessary operating expenses | -$ | 5,854.33 | | |
| Net monthly income from a business, profession, or farm | $ | 28,379.00 | Copy here -> $ 28,379.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | | $ 0.00 |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 68 of 85

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | $ 0.00 | $ 3,041.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00        $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | | |
|---|---|---|---|
| | | $ | $ |
| | | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 28,379.00   + $ 3,041.00   = $ 31,420.00

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 69 of 85

---

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____          X _____
**Sunil K. Vethody**                                       **Bindu B. Vethody**
Signature of Debtor 1                                    Signature of Debtor 2

Date  10/07/2021                                    Date  10/07/2021
MM / DD / YYYY                                        MM / DD / YYYY

---

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 70 of 85

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **04/01/2021** to **09/30/2021**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Maximus Consulting**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 04/2021 | $31,000.00 | $6,771.00 | $24,229.00 |
| 5 Months Ago: | 05/2021 | $32,000.00 | $6,771.00 | $25,229.00 |
| 4 Months Ago: | 06/2021 | $35,000.00 | $6,771.00 | $28,229.00 |
| 3 Months Ago: | 07/2021 | $36,000.00 | $6,771.00 | $29,229.00 |
| 2 Months Ago: | 08/2021 | $36,000.00 | $6,771.00 | $29,229.00 |
| Last Month: | 09/2021 | $35,400.00 | $1,271.00 | $34,129.00 |
| | Average per month: | $34,233.33 | $5,854.33 | |
| | | Average Monthly NET Income: | | $28,379.00 |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details:**
Income for the Period **04/01/2021** to **09/30/2021**.

### Line 8 - Unemployment compensation (included in CMI)
Source of Income: **EDD**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 04/2021 | $3,500.00 |
| 5 Months Ago: | 05/2021 | $3,500.00 |
| 4 Months Ago: | 06/2021 | $3,500.00 |
| 3 Months Ago: | 07/2021 | $3,500.00 |
| 2 Months Ago: | 08/2021 | $4,246.00 |
| Last Month: | 09/2021 | $0.00 |
| | Average per month: | $3,041.00 |

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 72 of 85

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Case: 21-51291   Doc# 1   Filed: 10/11/21   Entered: 10/11/21 17:22:56   Page 74 of 85

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Case: 21-51291    Doc# 1    Filed: 10/11/21    Entered: 10/11/21 17:22:56    Page 75 of 85

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                         Case No.

**Sunil K. Vethody**
**Bindu B. Vethody**

_____ Debtor(s).         /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __8__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   10/11/2021

_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Access Business Loan
c/o Creditors Adjustment Bureau
Attn: Brian L. Mitteldorf
14226 Ventura Blvd.
Sherman Oaks, CA 91423


Alejandro Loquillano, Jr.
c/o Parr Law Group
1625 The Alameda, Ste. 900
San Jose, CA 95126


American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701


Arthur Chen
2328 Centerwood Ct.
San Jose, CA 95148


Arthur Chen
c/o GCA Law Partners LLP
Attn: Kathryn C. Curry
Mountain View, CA 94040


Arthur Chen
c/o Shawn R. Parr, Esq.
1625 Alameda, Ste. 900
San Jose, CA 95126


Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Bank of America
c/o Law Offices of Harris & Zide
1445 Huntington Dr. #300
South Pasadena, CA 91030

Barkleys Bank Delaware
Attn: Correspondence
PO Box 8801
Wilmington, DE 19899


BMW Bank of North America
Attn: Bankruptcy
PO Box 23356
Pittsburgh, PA 15222


BMW Financial Services, NA, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


Calderon
c/o Jeffrey D. Janoff
Bostwick & Janoff
114 W. Saint John St. Ste. 304
San Jose, CA 95113-1104


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


County of Stata Clara Tax & Collections
70 West Hedding Street
East Wing, 6th Fl.
San Jose, CA 95110


Creditors Adjustment Bureau Inc.
PO Box 5932
Sherman Oaks, CA 91413


Cynthia Donovan
c/o Parr Law Group
Attn: Shawn R. Parr
1625 The Alameda, Suite 900
San Jose, CA 95126

David S. Henshaw
c/o Henshaw Law Offices
1871 The Alameda #333
San Jose, CA 95126


Deutsche Bank National Trust Co.
c/o Select Portfolio Servicing, Inc
PO Box 65250
Salt Lake City, UT 84165-0250


Directv, LLC
by American Info Source as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118


Discover Bank
PO Box 3025
New Albany, OH 43054-3025


Eduardo Espinoza
38730 Lexington St. Apt. 278
Fremont, CA 94536


Eduardo Espinoza, Jr.
c/o Parr Law Group
1625 The Alameda, Ste. 900
San Jose, CA 95126


Employee Development Department
PO Box 826203
Sacramento, CA 94230


Ericka Hernandez
GCA Law Partners LLP
c/o Kathryn Curry
2570 W. El Camino Real Ste. 510
Mountain View, CA 94040

First Data
5565 Glenridge Connector Ste 2000
Atlanta, GA 30342


Franchise Tax Board
Bankrutpcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
Bankruptcy Section, MS: A-340
P O Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Ghazaleh B. Torun
c/o Peter Lindstrom
20 S. Santa Crux Avenue, #300
Los Gatos, CA 95030


Institute of Medical Education
S. Yamagucci
2172 Wood Hollow
San Jose, CA 95138


Institute of Medical Education
2172 Wood Hollow Court
San Jose, CA 95138


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
P.O. Box 7346
Philadelphia, PA 19101


Ivo Dukanovic & Zoric Dukanovic
c/o Jesse W. Jack, Esq.
2269 Dry Creek Rd.
San Jose, CA 95124


Jonathan Louie
c/o Ribera Law Firm, APC
157 West Portal Avenue #2
San Francisco, CA 94127-1345


Jose Ayala
4145 Hiquera Road
San Jose, CA 95148


Kathryn C. Curry
c/o GCA Law Partners LLP
Attn: Kathryn C. Curry
2570 W. El Camino Real, Ste 510
Mountain View, CA 94040-1315


Kimberlee Gonzales
c/o Sheri Kelly
Law Offie of Sheri L. Kelly
31 E. Julian Street
San Jose, CA 95112


Kimberly Gonzales
c/o Puzalan Law
600 Allerton Street, Suite 201
Redwood City, CA 94063-1575


Lisa Saminathen
411 Lewis Rd. Spc #366
San Jose, CA 95111

Lisa Saminathen
c/o Parr Law Group
1625 The Alameda, Ste. 900
San Jose, CA 95126


Lynnett Reyes
c/o Parr Law Group
1625 The Alameda, Ste. 900
San Jose, CA 95126


Maria Obis
c/o John Fallat
Law Offices of John Fallat
68 Mitchell Blvd., Ste 135
San Rafael, CA 94903


Matthew Mellon, Esq.
Mellon Law Firm
 One Embarcadero Center, 5th Floor
San Francisco, CA 94111


Minh Duc Do
c/o Parr Law Group
1625 The Alameda, Ste. 900
San Jose, CA 95126


Nioka Dailey
c/o Varlack Legal Services
225 W. Winton Avenue, Ste 207
Hayward, CA 94544


Nioka Dailey
1735 Homegate Dr.
San Jose, CA 95148


Palto Alto Medical Foundation
PO Box 278420
Sacramento, CA 95827

Patterson Dental
Attn: Current Officer
1031 Mendota Heights Road
Saint Paul, MN 55120-1401


Patterson Dental Supply Inc.
c/o Commercial Collectors, Inc.
PO Box 337
Montrose, MN 55363


Portfolio Recovery Assoc.
POB 41067
Norfolk, VA 23541


R. Arias
29225 Vagabond Lane
Hayward, CA 94544


S. Yamagucci
830 Stewart Dr.
Sunnyvale, CA 94085


State of California Labor Commission
100 Paseo De San Antonio #120
San Jose, CA 95113


Wells Fargo Bank, N.A.
Default Document Processing
1000 Blue Gentian Road N9286-01Y
Saint Paul, MN 55121-7700


Wells Fargo Bank, N.A.
Attn: Pete Nemececk
1620 E. Roseville Pkwy, Fl, 01, 100
Roseville, CA 95661

Wells Fargo Bank, N.A.
PO Box 94435
Albuquerque, NM 87199


Wells Fargo Merchant Services, LLC
c/o Herzlich & Blum, LLP
15760 Ventura Blvd., #2024
Encino, CA 91436